JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN DEANS, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THD AT-HOME SERVICES, INC., a Delaware corporation doing business in California and DOES 1-25,<br><br>　　　　Defendant. | CASE NO. CV09-1952 GW (RZx)<br><br>**ORDER AND DISMISSAL WITH PREJUDICE** |

　　　　Upon reading and filing the Joint Stipulation of the parties hereto for dismissal with prejudice of the entire action, and good cause appearing therefore,

　　　　IT IS HEREBY ADJUDGED, ORDERED AND DECREED that this action be dismissed with prejudice, with each party to bear their own attorney's fees and costs to achieve said dismissal.  The Court shall retain jurisdiction only to enforce this Stipulation between the parties.

**IT IS SO ORDERED.**

DATED:  May 28, 2010        _____/s/ George H. Wu_____

THE HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT JUDGE